UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVIN SHAW,<br><br>          Plaintiff,<br><br>    v.<br><br>STUART SHERMAN, Warden,<br><br>          Defendant. | Case No.: 1:21-cv-01318 SKO (PC)<br><br>**ORDER GRANTING EXTENSION OF TIME WITHIN WHICH TO FILE FIRST AMENDED COMPLAINT** |

      Plaintiff Irvin Shaw is proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.

      On November 23, 2022, the Court issued its First Screening Order. (Doc. 10.) Plaintiff was afforded 21 days within which to file a first amended complaint curing the deficiencies identified in the order, or alternatively, to file a notice of voluntary dismissal. (*Id*. at 11.)

      On December 9, 2022, Plaintiff filed a Motion for Enlargement of Time to File First Amended Complaint. (Doc. 11.) Plaintiff contends he is employed in the main kitchen, working Monday through Friday from 6 a.m. to 2 p.m. (*Id*. at 2.) As a result of his work schedule and COVID-19 restrictions, Plaintiff's law library access is limited to one hour per week, on Fridays from 2 p.m. to 3 p.m. (*Id*.) Plaintiff seeks an extension of time through January 13, 2023, within which to file his first amended complaint. (*Id*. at 1.) Plaintiff states he does not anticipate needing any further extension of time. (*Id*. at 2.)

1 | Good cause appearing, **IT IS HEREBY ORDERED** that the deadline for the filing of Plaintiff's first amended complaint is extended from December 14, 2022, to **January 13, 2023**.

IT IS SO ORDERED.

Dated:   **December 12, 2022**          /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE