1
2
3
4
5
6
7
8      UNITED STATES DISTRICT COURT

9      EASTERN DISTRICT OF CALIFORNIA

10

11    IRVIN SHAW,                                    Case No.: 1:21-cv-01318 SKO (PC)

12              Plaintiff,                           **ORDER DISCHARGING ORDER TO**
                                                     **SHOW CAUSE**
13         v.
                                                     (Doc. 13)
14    STUART SHERMAN, Warden,

15              Defendant.

16

17         Plaintiff Irvin Shaw is proceeding *pro se* and *in forma pauperis* in this civil rights action

18    brought pursuant to 42 U.S.C. § 1983.

19         On January 24, 2023, this Court issued an Order to Show Cause (OSC) why this action

20    should not be dismissed for Plaintiff's failure to file a first amended complaint. (Doc. 13.)

21    Plaintiff was given 21 days within which to respond to the OSC, or, in the alternative, to file his

22    first amended complaint. (*Id*. at 2.)

23         On January 27, 2023, Plaintiff filed a first amended complaint. (Doc. 14.)

24    //

25    //

26    //

27    //

28

Accordingly, **IT IS HEREBY ORDERED** that:

1.  The OSC issued January 24, 2023 (Doc. 13) is **DISCHARGED**; and

2.  Plaintiff is advised his first amended complaint will be screened in due course. *See* 28
    U.S.C. § 1915A.

IT IS SO ORDERED.

Dated:   __**January 31, 2023**__                    _____*/s/ Sheila K. Oberto*_____
                                                     UNITED STATES MAGISTRATE JUDGE