UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVIN SHAW,<br><br>        Plaintiff,<br><br>    v.<br><br>STUART SHERMAN, Warden,<br><br>        Defendant. | Case No.: 1:21-cv-01318 SKO (PC)<br><br>**ORDER GRANTING EXTENSION OF TIME WITHIN WHICH TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS**<br><br>(Doc. 19) |

      Plaintiff Irvin Shaw is proceeding pro se and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.

      On September 11, 2023, the Court issued Findings and Recommendations to Dismiss For A Failure To State A Claim Upon Which Relief Can Be Granted. (Doc. 18.) Plaintiff was directed to file any objections to the findings within 14 days. (*Id*. at 14.)

      On September 22, 2023, Plaintiff moved for an extension of time within which to file his objections. (Doc. 19.) Plaintiff seeks an extension of 30 days because he is presently quarantined for COVID-19. (*Id*.) Plaintiff expects that once his quarantine status has resolved, his access to the law library will be limited to six hours a week, inferring he requires additional time to conduct necessary legal research. (*Id*.)

//

Good cause appearing, **IT IS HEREBY ORDERED** that Plaintiff's motion for an extension of time within which to file objections is **GRANTED**. Plaintiff **SHALL** file his objections to the Findings and Recommendations issued September 11, 2023, no later than **October 25, 2023** (9/25/23 + 30 days = 10/25/23).

IT IS SO ORDERED.

Dated:   **September 26, 2023**           */s/ Sheila K. Oberto*
                                             UNITED STATES MAGISTRATE JUDGE