UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVIN SHAW,<br><br>        Plaintiff,<br><br>    v.<br><br>STUART SHERMAN, Warden,<br><br>        Defendant. | Case No.: 1:21-cv-01318-KES-SKO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS FOR FAILURE TO STATE A CLAIM<br><br>(Doc. 18) |

Plaintiff Irvin Shaw is proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 11, 2023, the assigned magistrate judge issued findings and recommendations, recommending that this action be dismissed for plaintiff's failure to state a claim upon which relief could be granted. Doc. 18. The findings and recommendations were served on plaintiff and provided that any objections were to be filed within 14 days. *Id.* at 14. Following an extension of time, plaintiff filed his objections on October 27, 2023. Doc. 21.

In accordance with 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case. In his objections, plaintiff argues that defendant was aware of CDCR's COVID-19 protocols and that plaintiff adequately alleged that defendant was aware of a serious risk of harm to plaintiff. Doc. 21. However, the objections contain many of the same factual allegations that

the magistrate judge correctly found were insufficient to state a cognizable claim. Plaintiff may not rely on generalized allegations that the defendant-warden did not do enough to control the spread of COVID-19 to adequately allege deliberate indifference. Plaintiff's objections also do not address another deficiency identified by the magistrate judge: the lack of allegations that the defendant was aware of plaintiff's sick call slips and grievances, or otherwise aware of facts indicating that there was a substantial risk of serious harm specifically to plaintiff. The objections do not cure the deficiencies identified in the findings and recommendations, and plaintiff has not demonstrated that further leave to amend is warranted.

Having carefully reviewed the file, including plaintiff's objections, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on September 11, 2023 (Doc. No. 18) are adopted in full;
2. Plaintiff's first amended complaint is dismissed, without leave to amend, for failure to state a claim upon which relief can be granted; and
3. The Clerk of the Court is directed to terminate all pending motions and to close this case.

IT IS SO ORDERED.

Dated:   September 21, 2025

UNITED STATES DISTRICT JUDGE

2